1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ARVON J. PERTEET (CSBN 242828)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th floor
6       San Francisco, CA 94102
        Telephone: 415.436.6598
7       Facsimile:  415.436.7234
        Email: arvon.perteet@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,       )    CV 09  4572
14                                 )    No. 09-
        Plaintiff,                 )
15                                 )
        v.                         )    WARRANT OF ARREST OF
16                                 )    PROPERTY *IN REM*
   APPROXIMATELY $28,950.00 IN     )
17 UNITED STATES CURRENCY,         )
                                   )
18                                 )
        Defendant.                 )
19                                 )

20      TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
              DRUG ENFORCEMENT ADMINISTRATION:
21

22      YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency

23 APPROXIMATELY $28,950.00 IN UNITED STATES CURRENCY, and maintain custody of

24 same pursuant to 19 U.S.C. § 1605 until further Order of the Court. Claimants of the above-

25 described property which is the subject of this action shall file their claims with the Clerk of the

26 Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco,

27 California 94102 and serve a copy thereof upon the United States Attorney, Attention: Arvon J.

28 Perteet, Special Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave.,

1  11th floor, San Francisco, California 94102, within 35 days after the date of service of the
2  complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime
3  and Asset Forfeiture Claims or within 60 days after the first day of publication on the official
4  internet government forfeiture website, www.forfeiture.gov, of the Notice of Forfeiture Action,
5  whichever is earlier and answers to the Complaint shall be filed and served within twenty (20)
6  days thereafter or within such additional time as may be allowed by the Court.

8  Dated: 9/28/09                                    RICHARD W. WEIKING
                                                     United States District Clerk

10                                              By:  _Helen L. Almacen_____

2