1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ARVON J. PERTEET (CSBN 242828)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11ʰ Floor
       San Francisco, CA 94102
7      Telephone: 415.436.6598
       Facsimile: 415.436.7234
8      Email: arvon.peteet@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $28,950.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | No. CV 09- 4572 MEJ<br><br>CONSENT ORDER OF SETTLEMENT |

## CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on September 28, 2009, the United States filed a complaint for forfeiture of certain currency seized as a result the investigation conducted by DEA Task Force Agent Steve Maes;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant currency is that of Marie Tran, submitted via this consent order of settlement;

WHEREAS, pursuant to the settlement negotiations among the parties, MARIE TRAN agrees to withdraw her claim with respect to $23,950.00 of the seized currency in any administrative or judicial forfeiture proceeding;

WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to MARIE TRAN the sum of $5,000.00 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

AND WHEREAS, it appearing to the court from the endorsement of the parties that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper so to do;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication and there being only the claim filed by MARIE TRAN, the default of all persons or entities other than MARIE TRAN is entered.

2. A portion of the defendant currency, to wit $23,950.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(1)(6), free from the claims of any other party.

3. A portion of the defendant currency, to wit the sum of $5,000.00 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to MARIE TRAN.

4. The United States shall dispose of the forfeited currency in accordance with the law.

5. MARIE TRAN releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant currency.

6. The United States release MARIE TRAN from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

//
//
//
//
//
//

Consent Order of Settlement and Forfeiture
No. CV 09- 4572 MEJ                     2

7. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order. The Clerk of Court shall close the file.

February 11, 2010

Date

_____

MAGISTRATE JUDGE MARIA-ELENA JAMES

WE ASK FOR THIS:

_____

Arvon J. Perteet

Special Assistant United States Attorney

_____

Andrew Alexander Dosa

Counsel for Claimant, MARIE TRAN

_____

MARIE TRAN

Claimant

Consent Order of Settlement and Forfeiture
No. CV 09- 4572 MEJ                3